AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:23-CV-02160-JGK**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Martin's Home & Garden, LLC**
was recieved by me on **4/04/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Scout Deal**, who is designated by law to accept service of process on behalf of **Martin's
Home & Garden, LLC** at **1020 NW Broad St, Murfreesboro, TN 37129** on **04/05/2023 at 10:56 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   04/05/2023

_____
*Server's signature*

**Roger Carrier**
*Printed name and title*

**2051 Dinan Ct**
**Spring Hill, TN 37174**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Scout Deal who indicated they were the person authorized to accept with identity
confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared
to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.**




Tracking #: **0104111761**