```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ILIANA LOPEZ,

               Plaintiff,         23-cv-2160 (JGK)

   - against -                  ORDER

MARTINS HOME & GARDEN, LLC,

               Defendant.

**JOHN G. KOELTL, District Judge:**

    The time to respond to the complaint is extended to **May 11, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 1, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          May 4, 2023

                                                       John G. Koeltl
                                       United States District Judge