UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Nieporent
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Iliana Lopez, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> - vs. – <br><br> Martin's Home & Garden, LLC, <br><br> Defendant. | DOCKET NO. 23-cv-2160 (JGK) (OTW) <br><br> **NOTICE OF APPEARANCE** |

NOW COMES attorney David Nieporent, Esq., and enters his appearance in this matter on behalf of defendant Martin's Home & Garden, LLC.

Dated: June 7, 2023

*David M. Nieporent*
_____
David Nieporent
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444
(212) 836-9595 (Fax)

Attorneys for Defendant