```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ILIANA LOPEZ,

                     Plaintiff,

        - against -

MARTINS HOME & GARDEN LLC,

                     Defendant.

23-cv-2160 (JGK)

ORDER

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff may file an amended complaint by **July 7, 2023**. The defendant may move or answer by **August 4, 2023**. If the defendant moves to dismiss, the plaintiff may respond by **August 25, 2023**. The defendant may reply by **September 8, 2023**. If the defendant files an answer, the parties should file a Rule 26(f) report by **August 25, 2023**.

    The defendant may take expedited discovery limited to their argument that the plaintiff lacks standing in this case. The plaintiff may also take expedited discovery on the same issue.

SO ORDERED.
Dated:    New York, New York
           June 7, 2023

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                     **United States District Judge**