UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ILIANA LOPEZ,

                  Plaintiff,

- against -

MARTINS HOME & GARDEN, LLC,

                  Defendant.

23-cv-2160 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On June 7, 2023, the Court directed the plaintiff to file an amended complaint by **July 7, 2023**, and directed the defendant to move or answer by **August 4, 2023**. ECF No. 13.

The time for the plaintiff to file an amended complaint is extended to **July 21, 2023**. The defendant may move or answer by **August 18, 2023**. If the defendant moves to dismiss, the plaintiff may respond by **September 8, 2023**, and the defendant may reply by **September 22, 2023**. If the defendant files an answer, the parties shall file a Rule 26(f) report by **September 8, 2023**.

As directed in the June 7 Order, the defendant may take expedited discovery limited to their argument that the plaintiff lacks standing in this case, and the plaintiff also may take expedited discovery on the same issue.

SO ORDERED.

Dated:    New York, New York
            July 14, 2023

                                          John G. Koeltl
                                       United States District Judge