UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILIANO LOPEZ,

                Plaintiff,

     - against -

MARTINS HOME & GARDEN, LLC,

                Defendant.

23-cv-2160 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On June 7, 2023, the Court referred this case for mediation pursuant to the Court's Alternative Dispute Resolution program of mediation. ECF No. 12. The parties were directed to participate in the mediation in good faith. Id. It now has been reported to the Court, however, that the Court-ordered mediation was not held because one or both parties refused to attend or participate in the mediation. By **July 28, 2023,** the parties shall explain why the mediation was not held.

The parties are also reminded that the plaintiff had until July 21, 2023, to file an amended complaint. ECF No. 14. This deadline had already been extended. ECF No. 13. If the plaintiff fails to file an amended complaint by **July 28, 2023,** the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          July 24, 2023

                        John G. Koeltl
                United States District Judge