UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ILIANA LOPEZ,
                    Plaintiff(s)

          23 civ 2160 (JGK)

      -against-

MARTINS HOME & GARDEN, LLC,
                    Defendant(s).
------------------------------------------------------------X

## ORDER

The Court, via order of July 24, 2023, having given the parties sixty (60) days to conduct mediation,

The conference scheduled for Tuesday, August 1, 2023, at 12:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 26, 2023