UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILIANA LOPEZ, *on behalf of herself and all others similarly situated*,

                      Plaintiffs,

-against-

MARTINS HOME & GARDEN, LLC,

                      Defendant.

23-CV-02160 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    This case was referred for mediation on June 7, 2023. Dkt. 12. Mediation was not held because the parties could not agree on mutually convenient dates. Dkt. 16. On July 24, 2023, this Court granted an extension of sixty days to conduct mediation. Dkt. 18. On August 31, 2023, a mediation conference was scheduled for September 19, 2023. This conference was not held. No explanation was provided to the Court, nor was any request to extend the time for mediation made. On September 28, 2023, a mediation conference was scheduled for November 20, 2023.

    As a courtesy, the deadline for mediation is hereby EXTENDED, *nunc pro tunc*, to November 20, 2023. **Plaintiff must file a letter by November 21, 2023**, updating the Court on the outcome of mediation. Given Plaintiff's prior violations of this Court's orders, **if plaintiff fails to attend the mediation or fails to submit the status letter by November 21, 2023, this case will be DISMISSED FOR FAILURE TO PROSECUTE.**

    SO ORDERED.

Dated: September 28, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge